IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LANA CORDNER, at al.,

    Plaintiffs,

      v.

SPECIALIZED LOAN SERVICING,
LLC All Nominees, Successors and
Assigns, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-2090-TWT

**ORDER**

This is a pro se wrongful foreclosure  action.  It is before the Court on the

Report and Recommendation [Doc. 32] of the Magistrate Judge recommending that

the Defendants' Motions to Dismiss [Doc. 7, 10 & 26] be granted. No Objections to

the Report and Recommendation have been filed.  The Court approves and adopts the

Report and Recommendation as the judgment of the Court. The Defendants' Motions

to Dismiss [Doc. 7, 10 & 26] are GRANTED.

SO ORDERED, this 6 day of July, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge